742 A.2d 559

IN THE MATTER OF ROBERT J. FORREST,
AN ATTORNEY AT LAW.

January 5, 2000.

## ORDER

This matter having been duly presented to the Court, it is ORDERED that **ROBERT J. FORREST** of **SOMERVILLE,** who was admitted to the bar of this State in 1984, and who was suspended from the practice of law for a period of six months effective July 5, 1999, by Order of this Court dated June 11, 1999, be restored to the practice of law, effective immediately.